■ In the Matter of JOHN P. TERRANOVA, Appellant, v CANTOR, FITZGERALD GROUP, LTD., Respondent. — Order, Supreme Court, New York County (Richard Wallach, J.), entered on January 18, 1984, unanimously affirmed for the

reasons stated by R. Wallach, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Asch and Silverman, JJ.